IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY FLORES | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 18-0137 |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| PENNSYLVANIA STATE POLICE | : | |

# **O R D E R**

**AND NOW**, this __9th__ day of __November__, 2018, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 18), and all documents submitted in support thereof and in opposition thereto, and Defendant's and Plaintiff's Joint Motion to Stay Pretrial Deadlines (ECF No. 21), it is **ORDERED** that the Motion for Summary Judgment is **DENIED** and the Motion to Stay Pretrial Deadlines is **DISMISSED AS MOOT**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J**