IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY FLORES | : |
| | : |
| v. | : CIVIL ACTION |
| | : NO. 18-0137 |
| COMMONWEALTH OF PENNSYLVANIA | : |
| PENNSYLVANIA STATE POLICE | : |

## ORDER

**AND NOW**, this 14th day of January, 2019, upon consideration of (1) Plaintiff's Motion *in Limine* Seeking to Exclude Evidence of Administrative Determination(s) and Notices (ECF No. 27); Defendant's Motion *in Limine* to Preclude Evidence of Claims Not Administratively Exhausted (ECF No. 28); and Defendant's Motion *in Limine* to Preclude Evidence of Comments or Conduct of a Sexual Nature (ECF No. 29); and all documents submitted in support thereof and in opposition thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion *in Limine* Seeking to Exclude Evidence of Administrative Determination(s) and Notices (ECF No. 27) is **GRANTED IN PART AND DENIED IN PART** as follows:

    A. The Motion is **GRANTED** insofar as it requests that Defendant be precluded from discussing the November 20, 2017 letter from the Department of Justice advising Plaintiff of her right to sue Defendant ("DOJ Letter"). Neither party may introduce evidence regarding the DOJ Letter or its lack of findings.

    B. The Motion is **DENIED** in all other respects.

2. Defendant's Motion *in Limine* to Preclude Evidence of Claims Not Administratively Exhausted (ECF No. 28) is **DENIED**.

3. Defendant's Motion *in Limine* to Preclude Evidence of Comments or Conduct of a Sexual Nature (ECF No. 29) is **DENIED.**

**IT IS SO ORDERED.**

**BY THE COURT:**

_____
R. BARCLAY SURRICK, J.
