IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY FLORES | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 18-0137 |
| COMMONWEALTH OF PENNSYLVANIA | : |
| PENNSYLVANIA STATE POLICE | : |

## ORDER

**AND NOW**, this 17th day of January, 2019, upon consideration of Plaintiff's Late Motion *in Limine* to Strike Irrelevant and Prejudicial Documents (ECF No. 36), Plaintiff's Emergency Motion *in Limine* Seeking to Strike Witnesses Who Were Disclosed as Potential Trial Witnesses for the First Time This Week and Were Not Specifically Disclosed in Defendant's Initial Disclosures or Interrogatory Responses (ECF No. 50), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Plaintiff's Late Motion *in Limine* to Strike Irrelevant and Prejudicial Documents (ECF No. 36) is **GRANTED**. Defendant is precluded from introducing post-termination investigations/reports regarding Plaintiff.

2. Plaintiff's Emergency Motion *in Limine* Seeking to Strike Witnesses Who Were Disclosed as Potential Trial Witnesses for the First Time This Week and Were Not Specifically Disclosed in Defendant's Initial Disclosures or Interrogatory Responses (ECF No. 50) is **GRANTED IN PART AND DENIED IN PART** as follows:

   A. Jeffrey Long will be permitted to testify at trial;

   B. Lt. Michaelann Andrusiak will not be permitted to testify at trial; and

C. The remainder of the Motion related to testimony of Troopers Rebecca Ladd and Erin Achtel, is dismissed as **MOOT** at the request of Plaintiff.

**IT IS SO ORDERED.**

                                   **BY THE COURT:**

                                   R. BARCLAY SURRICK, J.